JOHN F. DIENELT (*Pro Hac Vice*)
**DLA PIPER US LLP**
1200 Nineteenth Street, NW
Washington, DC 20036
Phone: 202.861.3900
Fax: 202.223.2085

JEAN M. HOBLER (Bar No. 214106)
**DLA PIPER US LLP**
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

Attorneys for Defendants
PANERA BREAD CO. and
PANERA LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARIQ MUNIR, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANERA BREAD COMPANY, PANERA LLC dba PANERA BREAD, and DOES 1-50 inclusive,<br><br>Defendants. | CASE NO. 2:06-cv-02372-RRB-EFB<br><br>**STIPULATION TO CONTINUE TRIAL AND RELATED DATES; ORDER THEREON** |

Plaintiff Tariq Munir and Defendants Panera Bread Co. and Panera LLC (collectively, "Panera") by and through their respective counsel of record hereby enter into the following stipulation and request to the Court.

Plaintiff seeks more time for discovery, based on his position that Panera has not complied with its obligations in discovery in a manner making his preparation of the case difficult.

Panera does not agree with Plaintiff's position, but believes the issues may be addressed more meaningfully through cooperative efforts of the parties than through resort to the Court, and believes that a continuance of trial and related dates will facilitate such a cooperative resolution of

1  discovery issues.

2  Therefore, the parties jointly request a two month continuance of the date set for trial, and
3  related dates set forth in the Status (Pre-Trial Scheduling) Order of February 12, 2007, as follows,
4  and as the Court may modified based on the Court's calendar:

5  Discovery completion (Status Order, at 3:2-7), reset from July 31, 2007 to September 28,
6  2007.

7  Dispositive motion filing (Status Order, at 2:5), reset from September 5, 2007 to
8  November 5, 2007.

9  Dispositive motion hearing (Status Order, at 2:6-7), reset from October 3, 2007 to
10  December 5, 2007 at 10:00 a.m..

11  Final pretrial conference (Status Order, at 4:2-6:2), reset from November 9, 2007 to
12  January 9, 2008, at 2:00 p.m..

13  Trial (Status Order, at 6:4-6), reset from December 10, 2007 to February 11, 2008, at 9:00
14  a.m.

15  IT IS SO STIPULATED:

16  Dated:  July 26, 2007                                   DLA PIPER US LLP

18                                                          By  /s/ Jean M. Hobler
19                                                              JEAN M. HOBLER
                                                                Attorney for Defendants
20                                                              PANERA BREAD CO. and
                                                                PANERA LLC

21  Dated:  July 26, 2007                                   BASHAM PARKER LLP

23                                                          By  /s/ Alden Parker
24                                                              ALDEN PARKER
                                                                Attorney for Plaintiff
25                                                              TARIQ MUNIR

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing, the Court hereby modifies the dates contained in the Status (Pre-Trial Scheduling) Order of February 11, 2006 as follows:

Discovery completion (Status Order, at 3:2-7), reset from July 31, 2007 to September 28, 2007.

Dispositive motion filing (Status Order, at 2:5), reset from September 5, 2007 to November 5, 2007.

Dispositive motion hearing (Status Order, at 2:6-7), reset from October 3, 2007 to December 5, 2007 at 10:00 a.m..

Final pretrial conference (Status Order, at 4:2-6:2), reset from November 9, 2007 to January 9, 2008, at 2:00 p.m..

Trial (Status Order, at 6:4-6), reset from December 10, 2007 to February 11, 2008, at 9:00 a.m.

IT IS SO ORDERED.

Dated: July 30, 2007

/s/ Ralph R. Beistline
RALPH R. BEISTLINE
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com