JOHN F. DIENELT (*Pro Hac Vice*)
**DLA PIPER US LLP**
1200 Nineteenth Street, NW
Washington, DC  20036
Phone: 202.861.3900
Fax: 202.223.2085

JEAN M. HOBLER (Bar No. 214106)
**DLA PIPER US LLP**
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

Attorneys for Defendants
PANERA BREAD CO. and
PANERA LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARIQ MUNIR, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANERA BREAD COMPANY, PANERA LLC dba PANERA BREAD, and DOES 1-50 inclusive,<br><br>Defendants. | CASE NO.  2:06-cv-02372-RRB-EFB<br><br>**STIPULATION TO CONTINUE TRIAL AND RELATED DATES; ORDER THEREON** |

Plaintiff Tariq Munir and Defendants Panera Bread Co. and Panera LLC, by and through their respective counsel of record, hereby enter into the following Stipulation to Continue Trial and Related Dates and respectfully request this Court enter an Order in accordance with this Stipulation.

Good cause exists to continue the trial and related case management dates in this litigation.  Plaintiff and Defendants are currently actively exploring settlement of this matter and both sides believe that a continuance of trial and related dates will greatly enhance the likelihood that this litigation will settle before trial.  Therefore, the parties jointly request a continuance of

GT\6549757.1                                              -1-

PDF created with pdfFactory trial version www.pdffactory.com

the date set for trial and related dates set forth in the Status Order of July 30, 2007, as follows, and as the Court may modify based on the Court's calendar:

    Dispositive motion filing, reset from November 5, 2007 to December 31, 2007.

    Plaintiff must provide his expert's report to Defendants by December 31, 2007.

    Defendants must provide their rebuttal expert report by January 21, 2008.

    All expert depositions must be completed by February 4, 2008. The deposition of Plaintiff's expert shall be completed prior to the deposition of Defendants' rebuttal expert.

    Dispositive motion hearing, reset from December 5, 2007 to February 6, 2008 at 10:00 a.m.

    Joint pretrial statement due March 1, 2008.

    Final pretrial conference, reset from January 9, 2008 to March 7, 2008, at 2:00 p.m..

    Trial, reset from February 11, 2008, to April 7, 2008 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: November 2, 2007    DLA PIPER US LLP

By:   /s/ Jean M. Hobler
JEAN M. HOBLER
Attorney for Defendants
PANERA BREAD CO. and
PANERA LLC

Dated: November 2, 2007    BASHAM PARKER LLP

By   /s/ Alden Parker
ALDEN PARKER
Attorney for Plaintiff
TARIQ MUNIR

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Good cause appearing, the Court hereby modifies the dates contained in the Status Order of July 30, 2007 as follows:

Dispositive motion filing, reset from November 5, 2007 to December 31, 2007.

Plaintiff must provide his expert's report to Defendants by December 31, 2007.

Defendants must provide their rebuttal expert report by January 21, 2008.

All expert depositions must be completed by February 4, 2008. The deposition of Plaintiff's expert shall be completed prior to the deposition of Defendants' rebuttal expert.

Dispositive motion hearing, reset from December 5, 2007 to February 6, 2008 at 10:00 a.m.

Joint pretrial statement due March 1, 2008.

Final pretrial conference, reset from January 9, 2008 to March 7, 2008, at 2:00 p.m..

Trial, reset from February 11, 2008, to April 7, 2008 at 9:00 a.m.

IT IS SO ORDERED.

Dated: November 2, 2007             /s/ Ralph R. Beistline
                                    HON. RALPH R. BEISTLINE
                                    United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com